No. 1,679.—MUNGES, RESPONDENT, v. BARNES, APPELLANT.

*Appeal from District Court, Granite County; Welling Napton, Judge.*

On motion to dismiss appeals.

Decided July 7, 1902.

PER CURIAM.—The motion herein to dismiss the appeal from the judgment and the appeal from the order denying the motion for a new trial, is hereby sustained, and the appeals are accordingly dismissed.

*Mr. W. E. Moore,* for Appellant.

*Mr. Joshua Shull, Messrs. Durfee & Brown,* and *Mr. George A. Maywood,* for Respondent.